UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BRAD LANE VANDEHEI                                                                                      PLAINTIFF

VS.                                                           CIVIL ACTION NO. 1:17cv193-SA-DAS

UNITED FURNITURE INDUSTRIES, INC.
AND DOUGLAS A. HANBY                                                                              DEFENDANTS

## ORDER OF DISMISSAL

The Court being advised that this matter has been resolved between the parties, it is hereby,

ORDERED that this action is dismissed with prejudice with both parties to pay their own costs, including attorney's fees.

SO ORDERED: 11 September 2018.

                                                                                  _/s/ Sharion Aycock_
                                                                                  HONORABLE SHARION AYCOCK
                                                                                  DISTRICT JUDGE

APPROVED:

/s/ Ron L. Woodruff
RON L. WOODRUFF, ESQ., MSB# 100391,
Attorney for Plaintiff

/s/ John S. Hill
JOHN S. HILL, MSB# 2451,
Attorney for Defendants

2341372